Jeffrey T. Hammerschmidt

Brian C. Andritch

**LAW OFFICE OF JEFFREY T. HAMMERSCHMIDT**

2445 Capitol Street, Suite 150

Fresno, California 93721

Tel: (559) 233-5333

Fax: (559) 485-3852

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GREGORY KONEN,<br><br>  Defendant | Case No.: No. 6:08-MJ-0082 WMW<br><br>SUBSTITUTION OF ATTORNEY FOR DEFENDANT GREGORY KONEN |

   I, GREGORY KONEN, defendant, hereby substitute as my attorney of record in the above-captioned matter, THE LAW OFFICE OF JEFFREY T. HAMMERSCHMIDT, including attorneys Jeffrey T. Hammerschmidt and Brian C. Andritch, 2445 Capitol Street, Suite 150, Fresno, California 93721; Telephone: (559) 233-5333; Facsimile: (559) 485-3852, in place and stead of the FEDERAL DEFENDER.

DATED: June 13, 2008

                                          /s/ Gregory Konen
                                          GREGORY KONEN

I consent to the above substitution.

DATED: June 13, 2008

                                          /s/ Dan Cronin
                                          DAN CRONIN

1
2                                                Assistant Federal Defender
3    I accept the above substitution.
4    DATED: June 13, 2008
                                                  /s/ Jeffrey T. Hammerschmidt
5                                            JEFFREY T. HAMMERSCHMIDT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

This Substitution of Attorney is hereby approved.

DATED: _____

_____
U.S. DISTRICT JUDGE/MAGISTRATE

IT IS SO ORDERED.

**Dated:   June 19, 2008        /s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE